NDFL Prob 35  
(1/92)

Report and Order Terminating Probation/  
Supervised Release  
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### Northern District of Florida

UNITED STATES OF AMERICA

V

Crim. No. 3:97CR00062-001

THEARARY LEYLANDE ANDREWS

On November 30, 2001 the above named was placed on Supervised Release for a period of five (5) years. He has complied with the rules and regulations of Supervised Release and is no longer in need of Supervised Release. It is accordingly recommended that THEARARY LEYLANDE ANDREWS be discharged from Supervised Release.

Respectfully submitted,

Jeffrey M. Ishee  
Sr. U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this ___10___ day of ___November___, 2005.

Roger Vinson  
Senior United States District Judge

OFFICE OF CLERK  
U.S. DISTRICT CT  
NORTHERN DIST. FLA.  
PENSACOLA, FLA.

05 NOV 14  AM 9:32

FILED